Assessor's/Tax ID No. 139-09-215-021

Recording Requested By:
Nationstar Mortgage

When Recorded Return To:
DOCUMENT ADMINISTRATION
Nationstar Mortgage
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

Inst #: 20140428-0000889
Fees: $19.00
N/C Fee: $25.00
04/28/2014 09:21:28 AM
Receipt #: 2005968
Requestor:
DOCUMENT PROCESSING SOLUTI(
Recorded By: COJ  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**Clark, Nevada**
**SELLER'S SERVICING #:0608926648 "ANDERSON"**

THE UNDERSIGNED DOES HEREBY AFFIRM THAT THIS DOCUMENT SUBMITTED FOR RECORDING DOES NOT CONTAIN PERSONAL INFORMATION ABOUT ANY PERSON.

Date of Assignment: April 18th, 2014
Assignor: BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067
Assignee: NATIONSTAR MORTGAGE LLC at 350 HIGHLAND DR., LEWISVILLE, TX 69361

Executed By: DAVID ANDERSON, AND JANET ANDERSON, HUSBAND AND WIFE AS JOINT TENANTS To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.
Date of Deed of Trust: 07/29/2004 Recorded: 08/03/2004 in Book: 20040803 as Instrument No.: 0004093 In the County of Clark, State of Nevada.

Assessor's/Tax ID No. 139-09-215-021

Property Address: 1738 ASHBURN DRIVE, NORTH LAS VEGAS, NV 89032-3121

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $249,300.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

*MAL*MALNATN*04/18/2014 07:51:01 AM* NATT01NATNA000000000000000472360*
NVCLARK* NVCLARK_TRUST_ASSIGN_ASSN * *SLNATN*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On 4/18/2014

By: _____
Melissa Kersenbrock
Assistant Secretary


STATE OF Nebraska
COUNTY OF Scotts Bluff

On 4-18-2014, before me, Traci Garton, a Notary Public in and for Scotts Bluff in the State of Nebraska, personally appeared Melissa Kersenbrock, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Traci Garton
Notary Expires: 10/25/2016

GENERAL NOTARY-State of Nebraska
TRACI J GARTON
My Comm. Exp. Oct. 25, 2016

(This area for notarial seal)

Mail Tax Statements To: DAVID ANDERSON, 1738 ASHBURN DRIVE, NORTH LAS VEGAS, NV 89032-3121


*MAL*MALNATN*04/18/2014 07:51:01 AM* NATT01NATNA00000000000000000472360*
NVCLARK* NVCLARK_TRUST_ASSIGN_ASSN.* *SLNATN*

BORR: **ANDERSON**     LOAN #:    0608926648
Document: Assignment - Atty ()

FUND DATE: *0608926648*
05/06/13    *D-0608926648-64006764*