Inst #: 201301170001681
Fees: $19.00 N/C Fee: $25.00
RPTT: $63.75 Ex: #
01/17/2013 01:53:46 PM
Receipt #: 1463323
Requestor:
ABSOLUTE COLLECTION SERVICE
Recorded By: MSH  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 139-09-215-021

WHEN RECORDED MAIL DEED AND
TAX STATEMENTS TO:

SFR Investments Pool I, LLC
5030 Paradise Rd, B-214
Las Vegas, NV 89119

Title No.    A2734
Account NO. 60198
TS No. 11980097

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

The undersigned declares:
1) The grantee herein **WAS NOT** the foreclosing beneficiary
2) The amount of the unpaid debt together with costs was      $ 12,100.00
3) The amount paid by the grantee at the trustee sale was     $ 12,100.00
4) The documentary transfer tax is                             $      63.75
5) City Judicial District of **NORTH LAS VEGAS**

And **Absolute Collection Services, LLC.**, as the duly appointed Trustee under the Notice of Delinquent Assessment hereinafter described, does hereby GRANT and CONVEY, but without warranty, express or implied, to: **SFR Investments Pool I, LLC, 5030 Paradise Rd, B-214, Las Vegas NV 89119**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of CLARK, State of NEVADA, described as follows:

### 1738 Ashburn Dr., N Las Vegas NV 89032

Legal Description-shown on the Subdivision map recorded in Book No. **54** Page(s) **68**, Lot **21**, Block **7**, Inclusive, of Maps of the Country of Clark, State of Nevada; See Exhibit A Attached

AGENT STATES THAT:
This conveyance is made pursuant to the powers granted to **Hidden Canyon HOA** and conferred upon appointed trustee by the provisions of the Nevada Revised Statutes, the **Hidden Canyon HOA** governing documents (CC&R's) recorded as instrument number **0139** Book **921210** on **DECEMBER 10, 1992** and that certain Notice of Delinquent

Assessment Lien recorded on **JULY 18, 2011** instrument number **0000594** Book **20110718** Official Records of CLARK County; and pursuant to NRS 117.070 et Seq. or NRS 116.3115 et Seq and NRS 1163116 through 116.31168 et Seq. The name of the owner(s) of the property (trustor) was: **DAVID & JANET ANDERSON**

Default occurred as set forth in a Notice of Default and Election to Sell, recorded on **SEPTEMBER 16, 2011** as instrument **0001015** Book **20110916** which was recorded in the office of the recorder of said county. Absolute Collection Services, LLC. Has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of **Hidden Canyon HOA** at public auction on **JANUARY 15, 2013** at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale, became the purchaser of said property and paid therefore to said agent the amount bid **$12,100.00** in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Delinquent Assessment Lien.

Dated:          January 16, 2013

_____
By Richard Kaye on behalf of Absolute Collection Services


STATE OF NEVADA       )
COUNTY OF CLARK       )

On 1/16/13 before me, Kelly Mitchell, personally appeared Richard Kaye personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and seal.

*Kelly Mitchell*
Kelly Mitchell, Notary Public
My Commission Expires: 7/10/16
Certificate No. 08-7504-1

KELLY MITCHELL
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 7-10-2016
Certificate No: 08-7504-1

Guarantee No.: **11980097**   Order No.: **11980097--**

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:

**LOT 21 IN BLOCK 7 OF CHEYENNE RIDGE – UNIT 2B, AAS SHOWN BY MAP THEREOF ON FILE IN BOOK 54 OF PLATS, PAGE 68 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

APN: 139-09-215-021

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
    a. 139-09-215-021
    b. _____
    c. _____
    d. _____
2. Type of Property:
    a. [ ] Vacant Land      b. [✓] Single Fam. Res.
    c. [ ] Condo/Twnhse     d. [ ] 2-4 Plex
    e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
    g. [ ] Agricultural     h. [ ] Mobile Home
       [ ] Other

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property     $ 12,100.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                    $ 12,100.00
   d. Real Property Transfer Tax Due         $ 63.75

4. **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Kelly Mitchell_____ Capacity: Grantor
Signature _____ Capacity: _____

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: Absolute Collection Services LLC | Print Name: SFR Investments Pool I LLC |
| Address: 6440 Sky Pointe Dr 140-154 | Address: 5030 Paradise Rd, B-214 |
| City: Las Vegas | City: Las Vegas |
| State: NV   Zip: 89131 | State: NV   Zip: 89119 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____        Escrow # _____
Address: _____
City: _____               State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED