Inst #: 201101100002355
Fees: $15.00
N/C Fee: $0.00
01/10/2011 12:04:24 PM
Receipt #: 637710
Requestor:
PASION TITLE SERVICES
Recorded By: MSH   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

RECORDING REQUESTED BY:
WHEN RECORDED MAIL TO:
Owner of Record
1738 ASHBURN DRIVE
NORTH LAS VEGAS, NV 89032

TS No. 09-0110840
Title Order No. 4215992    138

139-09-215-021

## RESCISSION OF ELECTION TO DECLARE DEFAULT
## NEVADA

NOTICE IS HEREBY GIVEN that RECONTRUST COMPANY, N.A., acting as an agent for the Beneficiary does hereby rescind, cancel and withdraw the Notice of Default and Election to Sell hereinafter described, provided, however, that this rescission shall not be construed as waiving, curing, extending to, or affecting any default, either past, present or future, under such Deed of Trust, or as impairing any right or remedy thereunder, and it is and shall be deemed to be, only an election without prejudice not to cause a sale to be made pursuant to such Notice of Default and Election to Sell, and it shall not in any way alter or change any of the rights remedies or privileges secured to Beneficiary and/or Trustee under such Deed of Trust, nor modify, nor alter in any respect any of the terms, covenants, conditions or obligations therein contained.

Said NOTICE OF DEFAULT AND ELECTION TO SELL under Deed of Trust specifically described therein was:

Recorded on 08/13/2009, as Instrument No. 1433, in Book 090813, Page _____, of Official Records of Clark County, Nevada.

The DEED OF TRUST affected by this notice recorded on 08/03/2004 as Instrument No. 0004093 in Book 20040803 Page ., executed by DAVID ANDERSON, AND JANET ANDERSON, HUSBAND AND WIFE AS JOINT TENANTS , as Trustor in Clark County, Nevada.

DATED: January 06, 2011

RECONTRUST COMPANY, N.A., as agent for the Beneficiary

BY: *Khadija Gulley* 1/6/2011
Khadija Gulley, Authorized Signer

State of: **Texas** )
County of: **Tarrant** )

On **1/6/2011** before me **Elsie E. Kroussakis**, personally appeared **Khadija Gulley Authorized Signer**, know to me (or proved to me on the oath of _____ or through __T.D./D.L.__ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

*Elsie E Kroussakis*
Notary Public's Signature

ELSIE E KROUSSAKIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-14-11