Inst #: 20140630-0000381
Fees: $223.00
N/C Fee: $0.00
06/30/2014 09:10:56 AM
Receipt #: 2072719
Requestor:
DOCUMENT PROCESSING SOLUTIC
Recorded By: MSH   Pgs: 7
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

AP #1: 139-09-215-021



RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to

T.D. SERVICE COMPANY
4000 W. METROPOLITAN DRIVE
SUITE 400
ORANGE, CA  92868

842697 _____ Space above this line for recorder's use _____

## NOTICE OF BREACH AND DEFAULT AND ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

T.S. No: A544813 NV      Unit Code: A

Min No: 100015700040071629
**Property Address:** 1738 ASHBURN DRIVE, NORTH LAS VEGAS, NV 89032

**NOTICE IS HEREBY GIVEN THAT** T D SERVICE COMPANY is either the original Trustee, the duly appointed substituted Trustee, or acting as agent for the Trustee or Beneficiary under the following described Deed of Trust:

Trustor: DAVID ANDERSON, JANET ANDERSON

Recorded August 3, 2004  as Instr. No. 20040803-0004093 in Book --- Page --- of Official Records in the office of the Recorder of CLARK COUNTY, NEVADA

Said Deed of Trust secures certain obligations including one Note for the sum of $249,300.00.

That the Beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
THE INSTALLMENT OF PRINCIPAL, INTEREST AND IMPOUNDS WHICH BECAME DUE MAY 1, 2009 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST AND IMPOUNDS. CORPORATE ADVANCES IN THE AMOUNT OF $3833.30.

That by reason thereof, the present Beneficiary under such Deed of Trust has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

You may have the right to cure the default hereon and reinstate the obligation secured by such Deed of Trust above described.  Section NRS 107.080 permits certain defaults to be cured upon the payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occurred.  Where reinstatement is possible, if the default is not cured within the statutory period set forth in Section NRS 107.080 the right of reinstatement will terminate and the property may thereafter be sold.  The Trustor may have the right to bring a court action to assert the nonexistence of a

Page 2
T.S. No: A544813 NV       Unit Code: A

default or any other defense of Trustor to acceleration and Sale.

Direct Foreclosure status inquiries to:
T.D. Service Company
4000 W. Metropolitan Drive
Suite 400
Orange, CA  92868-1988
(800) 843-0260

If you would like to discuss your loan or set up a meeting for us to assess your financial situation and explore options that may be available to avoid foreclosure please contact us at:

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Foreclosure Department
888-480-2432

You may wish to consult a credit-counseling agency to assist you.  The following is a local counseling agency approved by the Department of Housing and Urban Development (HUD).  Nevada Legal Services (Statewide) 877-693-2163, www.nevadalegalservices.org.  HUD can provide you with the names and addresses of additional local counseling agencies if you call HUD's toll-free telephone number: 800-569-4287.  Additional information may also be found on HUD's website: http://portal.hud.gov/portal/page/portal/HUD/localoffices.

DATED: 06/27/14

T D SERVICE COMPANY, AS TRUSTEE

BY _____          BY _____
    FRANCES DEPALMA
    VICE PRESIDENT OPERATIONS

The Beneficiary may be attempting to collect a debt and any information obtained may be used for that purpose.

STATE OF CALIFORNIA                )
COUNTY OF ORANGE                   )SS

On  06/27/14  before me, JAMIE VAN KEIRSBELK, a Notary Public, personally appeared  FRANCES DEPALMA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JAMIE VAN KEIRSBELK
COMM. # 2013677
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires March 21, 2017

## NEVADA DECLARATION OF COMPLIANCE
### NV SB 321 (2013) Sec. 11

Borrower(s):          David Anderson and Janet Anderson
Property Address:     1738 Ashburn Drive, North Las Vegas NV  89032
Trustee Sale Number:  A 544813

I am employed as an Assistant Secretary by Nationstar Mortgage LLC ("Nationstar"), the servicer for the mortgage loan.

I personally reviewed the business records of Nationstar and determined that:

[  ] Nationstar contacted the borrower(s) as required by SB 321 (2013) Sec. 11(2).

[ X ] Nationstar attempted to contact the borrower(s) as required by SB 321 (2013) Sec. 11(5).

[  ] The requirements of SB 321 (2013) Sec. 11 do not apply because the individual(s) is not a Borrower and no contact was required.

I declare that the foregoing statement is true to the best of my knowledge and belief.

As all pre-foreclosures notices required by NRS 107.080(2)(c)(3) and SB 321 (2013) Sec. 10(1) were timely sent per statute, the mortgage servicer authorizes the trustee to submit the attached Notice of Default to be recorded and to exercise the power of sale.

Nationstar Mortgage LLC

Dated: 4/3/14

_____ 4/3/14
Signature of Employee

Jennifer Talbot– Assistant Secretary
Printed Name of Employee

Ver 06.01.2013

# AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE

| Record Title Holder: DAVID ANDERSON JANET ANDERSON | Trustee Name and Address: T.D. Service Company 4000 W. Metropolitan Dr., Ste. 400 Orange, CA 92868 |
|---|---|
| Property Address: 1738 ASHBURN DRIVE NORTH LAS VEGAS NV 89032 | Deed of Trust Document Instrument No. 20040803-0004093 |

STATE OF _Texas_ )

COUNTY OF _Denton_ ) ss:

The affiant, _Megan Ensenberger_____, being first duly sworn upon oath and under penalty of perjury, attests as follows:

     1.    I am an employee of Nationstar Mortgage LLC. I am duly authorized to make this Affidavit for Nationstar Mortgage LLC in its capacity as the current beneficiary of the subject Deed of Trust ("Beneficiary") or the Servicer for the current beneficiary of the Deed of Trust.

     2.    I have the personal knowledge required to execute this Affidavit, as set forth in NRS 107.080(2)(c) and can confirm the accuracy of the information set forth herein. If sworn as a witness, I could competently testify to the facts contained herein.

     3.    In the regular and ordinary course of business, it is Nationstar Mortgage LLC's practice to make, collect, and maintain business records and documents related to any loan it originates, funds, purchases and/or services, including the Subject Loan (collectively, "Business Records"). I have continuing access to the Business Records for the Subject Loan, and I am familiar with the Business Records and I have personally reviewed the business records relied upon to compile this Affidavit.

APN 139-09-215-021

-1-

File No.: A544813

4.      The full name and business address of the current trustee or the current trustee's representative or assignee is:

| | |
|---|---|
| T.D. SERVICE COMPANY | 4000 W. METROPOLITAN DR., STE. 400 ORANGE, CA 92868 |
| Full Name | Street, City, State, Zip |

5.      The full name and business address of the current holder of the note secured by the Deed of Trust is:

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC | 350 HIGHLAND DRIVE LEWISVILLE, TX 75067 |
| Full Name | Street, City, State, Zip |

6.      The full name and business address of the current beneficiary of record of the Deed of Trust is:

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC | 350 HIGHLAND DRIVE LEWISVILLE, TX 75067 |
| Full Name | Street, City, State, Zip |

7.      The full name and business address of the current servicer of the obligation or debt secured by the Deed of Trust is:

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC | 350 HIGHLAND DRIVE LEWISVILLE, TX 75067 |
| Full Name | Street, City, State, Zip |

APN 139-09-215-021

2

File No.: A544813

8.    The beneficiary, its successor in interest or the trustee of the Deed of Trust has: (I) actual or constructive possession of the note secured by the Deed of Trust; and/or (II) is entitled to enforce the obligation or debt secured by the Deed of Trust. If the latter is applicable and the obligation or debt is an "instrument," as defined in NRS § 104.3103(2), the beneficiary, successor in interest to the beneficiary, or trustee entitled to enforce the obligation or debt is either: (1) the holder of the instrument constituting the obligation or debt; (2) a non-holder in possession of the instrument who has the rights of the holder; or (3) a person not in possession of the instrument who is entitled to enforce the instrument pursuant to a court order issued NRS § 104.3309.

9.    The beneficiary, its successor in interest, the trustee, the servicer of the obligation or debt secured by the Deed of Trust, or an attorney representing any of those persons, has sent to the obligor or borrower of the obligation or debt secured by the Deed of Trust a written statement containing the following information (I) the amount of payment required to make good the deficiency in performance or payment, avoid the exercise of the power of sale and reinstate the underlying obligation or debt, as of the date of the statement; (II) The amount in default; (III) the principal amount of the obligation or debt secured by the Deed of Trust; (IV) the amount of accrued interest and late charges; (V) a good faith estimate of all fees imposed in connection with the exercise of the power of sale; (VI) contact information for obtaining the most current amounts due and a local or toll free telephone number where the obligor or borrower of the obligation or debt may call to receive the most current amounts due and a recitation of the information contained in this Affidavit.

10.    The borrower or obligor may utilize the following toll-free or local telephone number to inquire about the default, obtain the most current amounts due, receive a recitation of the information contained in this Affidavit, and/or explore loss mitigation alternatives: (888) 480-2432.

11.    Pursuant to my personal review of the business records of the beneficiary, the successor in interest of the beneficiary, and/or the business records of the servicer of the obligation or debt secured by the Deed of Trust; and/or the records of the county recorder where the subject real property is located; and or the title guaranty or title insurance issued by a title insurer or title agent authorized to do business in the state of Nevada, the following is the (I) date, (II) recordation number (or other unique designation); and (III) assignee of each recorded assignment of the subject Deed of Trust:

APN 139-09-215-021                                          File No.: A544813

3

| Recorded Date *or* Dated Date | Recording number. | Name of Assignee (From/To) |
|---|---|---|
| 08/24/2009 | 200908240001330 | FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC TO: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP |
| 08/31/2011 | 201108310001327 | THIS ASSIGNMENT IS WILD. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. DID NOT HAVE INTEREST TO ASSIGN OUT. FROM: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC TO: BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP |
| 04/28/2014 | 201404280000889 | FROM: BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT TO: NATIONSTAR MORTGAGE LLC |

Signed By: _Megan Ensen 6/20/14_ Dated: _6/20/2014_

Megan Ensenberger

Print Name:_____

Assistant Secretary

State of Texas
County of Denton

Before me, a notary public, on this day personally appeared _____Megan Ensenberger_____, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

BRADLEY J. GORZ
Notary Public, State of Texas
My Commission Expires
April 08, 2017

_____
Notary Public's Signature

APN 139-09-215-021

File No.: A544813

4