```
Inst #: 20211022-0001782
Fees: $42.00
10/22/2021 01:03:06 PM
Receipt #: 4750632
Requestor:
WFG National Title Insura
Recorded By: ANI   Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD
```

**WFG National-Default Services**
APN No.: 139-09-215-021
Recording requested by:
*same as below*
When recorded mail to:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108

TS No.: NV-20-889014-AB
Order No.: 1743050NVD

Space above this line for recorders use only

It is hereby affirmed that this document submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030).

## Notice of Rescission of
## Notice of Breach and Default and of Election to Cause Sale
## of Real Property under Deed of Trust

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee or the duly appointed substituted trustee under a Deed of Trust dated 7/29/2004, executed by **DAVID ANDERSON, AND JANET ANDERSON, HUSBAND AND WIFE AS JOINT TENANTS**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC, ITS SUCCESSORS AND ASSIGNS**, as Beneficiary, recorded 8/3/2004, as **Instrument No. 20040803-0004093** of Official Records in the Office of the Recorder of **CLARK** County, Nevada describing land therein as more fully described on the above referenced Deed of Trust. Said obligations including one note for the sum of **$249,300.00**.

Whereas, the present beneficiary under that certain Deed of Trust above described, instructed the present trustee to exercise the power of sale with respect to the property; Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Breach and Default and of Election to Cause Sale of Real Property under Deed of Trust was recorded on 6/30/2014 in the office of the Recorder of **CLARK** County, Nevada, Instrument number 20140630-0000381, in Book xxx, Page xxx, of Official Records.

**NOW; THEREFORE, NOTICE IS HEREBY GIVEN that the present beneficiary and/or the present trustee, does hereby rescind, cancel and withdraw said Notice of Breach and Default and of Election to Cause Sale of Real Property under Deed of Trust, and does further hereby rescind, cancel, withdraw and revoke any acceleration of the loan,** it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Notice, and shall in no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Notice of Breach and Default and of Election to Cause Sale of Real Property under Deed of Trust had not been made and given, and any acceleration of the loan balance, no matter when or how given, is also withdrawn and the mortgagee or beneficiary of the deed of trust is thereupon restored to its former position and has the same rights as though notice of default and election to sell had not been recorded.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

TS No.: NV-20-889014-AB
Notice of Rescission

Dated: 10/21/2021

Quality Loan Service Corporation, as Trustee

By: Adriana Banuelos
Its: Assistant Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: **California**)
County of: **San Diego**)

On **OCT 2 1 2021** before me, **Katherine A. Davis** a notary public, personally appeared **Adriana Banuelos**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                    (Seal)

Signature
Katherine A. Davis

KATHERINE A. DAVIS
Notary Public - California
San Diego County
Commission # 2269219
My Comm. Expires Dec 29, 2022