
**SFR Investments**

5030 Paradise Road, Suite B-214, Las Vegas, NV 89119          Tel (702) 998-9918          Fax (702) 998-9953

November 1, 2021

Nationstar Mortgage LLC d.b.a. Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, Texas 75019

      Re: Demand for documents pursuant to NRS 107.200 through NRS 107.310

To Whom It May Concern:

SFR Investments Pool 1, LLC (SFR) owns a property located at 1738 Ashburn Drive, North Las Vegas, Nevada 89032; APN: 139-09-215-021 (the "Property"). SFR purchased the Property at an HOA foreclosure sale on January 15th 2013. Enclosed herewith is a copy of Notice of Default showing that Nationstar Mortgage LLC dba Mr. Cooper is the beneficiary of a deed of trust related to a loan David and Janet Anderson obtained in 2004.

As the current titled owner of the Property and the successor in interest in the Property in which Nationstar is asserting a lien interest via a deed of trust, SFR is entitled to receive certain notices containing certain information pursuant to **Nevada Revised Statutes 107.220 (1)(a).**

**The letter serves as a formal request for the following information pursuant to Nevada Revised Statutes 107.200 through NRS 107.310.**

1. A copy of the promissory note (NRS 107.260).

2. The amount of the unpaid balance of the debt secured by the deed of trust, the rate of interest on the unpaid balance and the total amount of principal and interest which is due and has not been paid. (NRS 107.200).

3. The amount of the periodic payments, if any, required under the note (NRS 107.200).

4. The date the payment of the debt is due (NRS 107.200).

5. The period for which real estate taxes and special assessments have been paid, if that information is known to the beneficiary (NRS 107.200).

6. The amount of property insurance covering the real property and the term and premium of that insurance, if that information is known to the beneficiary (NRS 107.200).

7. The amount in an account, if any, maintained for the accumulation of money for the payment of taxes and insurance premiums (NRS 107.200).

8. The amount of any additional charges, costs or expenses paid or incurred by the beneficiary which is a lien on the real property described in the deed of trust (NRS 107.200).

9. Whether the debt secured by the deed of trust may be transferred to a person other than the grantor (NRS 107.200).

10. The identity of the trustee or the trustee's personal representative or assignee, the current holder of the note secured by the deed of trust, the beneficiary of record and the servicers of the obligation or debt secured by the deed of trust (NRS 107.210).

11. The amount of money necessary to discharge the debt secured by the deed of trust on the date the statement is prepared by the beneficiary (NRS 107.210).

12. The information necessary to determine the amount of money required to discharge the debt on a per diem basis for a period, not to exceed 30 days, after the statement is prepared by the beneficiary (NRS 107.210).

13. If the debt is in default, the amount in default, the principal amount of the obligation or debt secured by the deed of trust, the interest accrued and unpaid on the obligation or debt secured by the deed of trust, all fees imposed because of the default and the costs and fees charged to the debtor in connection with the exercise of the power of sale (NRS 107.210).

Please note that the Nevada law requires that you provide the above requested information, postage prepaid, within 21 days of receiving this request. Please mail the information to:

SFR Investments Pool 1, LLC.
5030 Paradise Road, B-214
Las Vegas, Nevada 89119

I thank you for your effort on this and look forward to receiving the information. Feel free to call me at the number below with any questions or concerns.

Cordially,

Chris Hardin, Manager
SFR Investments Pool 1, LLC.
702-439-0668

Inst #: 201301170001681
Fees: $19.00 N/C Fee: $25.00
RPTT: $63.75 Ex: #
01/17/2013 01:53:46 PM
Receipt #: 1463323
Requestor:
ABSOLUTE COLLECTION SERVICE
Recorded By: MSH   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 139-09-215-021

**WHEN RECORDED MAIL DEED AND TAX STATEMENTS TO:**

SFR Investments Pool I, LLC
5030 Paradise Rd, B-214
Las Vegas, NV 89119

Title No.   A2734
Account NO. 60198
TS No. 11980097

---

### SPACE ABOVE THIS LINE FOR RECORDER'S USE

### TRUSTEE'S DEED UPON SALE

The undersigned declares:
1) The grantee herein **WAS NOT** the foreclosing beneficiary
2) The amount of the unpaid debt together with costs was       $ 12,100.00
3) The amount paid by the grantee at the trustee sale was      $ 12,100.00
4) The documentary transfer tax is                             $      63.75
5) City Judicial District of **NORTH LAS VEGAS**

And **Absolute Collection Services, LLC.**, as the duly appointed Trustee under the Notice of Delinquent Assessment hereinafter described, does hereby GRANT and CONVEY, but without warranty, express or implied, to: **SFR Investments Pool I, LLC, 5030 Paradise Rd, B-214, Las Vegas NV 89119**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of CLARK, State of NEVADA, described as follows:

**1738 Ashburn Dr., N Las Vegas NV 89032**

Legal Description-shown on the Subdivision map recorded in Book No. **54** Page(s) **68**, Lot **21**, Block **7**, Inclusive, of Maps of the Country of Clark, State of Nevada; See Exhibit A Attached

AGENT STATES THAT:
This conveyance is made pursuant to the powers granted to **Hidden Canyon HOA** and conferred upon appointed trustee by the provisions of the Nevada Revised Statutes, the **Hidden Canyon HOA** governing documents (CC&R's) recorded as instrument number **0139** Book **921210** on **DECEMBER 10, 1992** and that certain Notice of Delinquent

Assessment Lien recorded on **JULY 18, 2011** instrument number **0000594** Book **20110718** Official Records of CLARK County; and pursuant to NRS 117.070 et Seq. or NRS 116.3115 et Seq and NRS 1163116 through 116.31168 et Seq. The name of the owner(s) of the property (trustor) was: **DAVID & JANET ANDERSON**

Default occurred as set forth in a Notice of Default and Election to Sell, recorded on **SEPTEMBER 16, 2011** as instrument **0001015** Book **20110916** which was recorded in the office of the recorder of said county. Absolute Collection Services, LLC. Has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of **Hidden Canyon HOA** at public auction on **JANUARY 15, 2013** at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale, became the purchaser of said property and paid therefore to said agent the amount bid **$12,100.00** in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Delinquent Assessment Lien.

Dated:     January 16, 2013

_____
By Richard Kaye on behalf of Absolute Collection Services


STATE OF NEVADA        )
COUNTY OF CLARK        )

On 1/16/13 before me, Kelly Mitchell, personally appeared Richard Kaye personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and seal.

*Kelly Mitchell*
Kelly Mitchell, Notary Public
My Commission Expires: 7/10/16
Certificate No. 08-7504-1

KELLY MITCHELL
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 7-10-2016
Certificate No: 08-7504-1

Guarantee No.: 11980097

Order No.: 11980097--

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:

LOT 21 IN BLOCK 7 OF CHEYENNE RIDGE – UNIT 2B, AAS SHOWN BY MAP THEREOF ON FILE IN BOOK 54 OF PLATS, PAGE 68 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN: 139-09-215-021

Inst #: 20211022-0001783
Fees: $292.00
10/22/2021 01:03:06 PM
Receipt #: 4750632
Requestor:
WFG National Title Insura
Recorded By: ANI   Pgs: 9
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

**WFG National-Default Services**
APN(s): 139-09-215-021
Recording requested by:
*same as below*
When recorded mail to:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108
619-645-7711

TS No.: NV-20-889014-AB
Order No.: 1743050NVD
Property Address: 1738 ASHBURN DRIVE, NORTH LAS VEGAS, NV 89032-3121

Space above this line for recorders use only

It is hereby affirmed that this document submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030).

## Notice of Breach and Default and of Election to Cause Sale of Real Property under Deed of Trust

NOTICE IS HEREBY GIVEN: That **Quality Loan Service Corporation** is either the original trustee or the duly appointed substituted trustee under a Deed of Trust dated **7/29/2004**, executed by DAVID ANDERSON, AND JANET ANDERSON, HUSBAND AND WIFE AS JOINT TENANTS, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC, ITS SUCCESSORS AND ASSIGNS**, as beneficiary, recorded **8/3/2004**, as Instrument No. **20040803-0004093**, of Official Records in the Office of the Recorder of **CLARK** County, Nevada securing, among other obligations including 1 NOTE(S) FOR THE ORIGINAL sum of **$249,300.00**, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

**The installments of principal and interest which became due on 5/1/2009, and all subsequent installments of principal and interest through the date of this Notice, plus amounts that are due for late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustee's fees, and any attorney fees and court costs arising from or associated with the beneficiaries efforts to protect and preserve its security, all of which must be paid as a condition of reinstatement, including all sums that shall accrue through reinstatement or pay-off. This amount owed will increase until your account becomes current. Nothing in this notice shall be construed as a waiver of any fees owing to the Beneficiary under the Deed of Trust pursuant to the terms of the loan documents.**

The present Beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

this page intentionally left blank

TS No.: **NV-20-889014-AB**
Notice of Default

## NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occurred. As to owner occupied property, where reinstatement is possible, the time to reinstate may be extended to 5 days before the date of sale pursuant to NRS 107.080. The Trustor may have the right to bring a court action to assert the nonexistence of a default or any other defense of Trustor to acceleration and sale.

**For information relating to the foreclosure status of the property and/or to determine if a reinstatement is possible and the amount, if any, to cure the default, please contact:**

**NATIONSTAR MORTGAGE LLC D/B/A Mr. Cooper**
**c/o Quality Loan Service Corporation**
**2763 Camino Del Rio South**
**San Diego, CA 92108**
**619-645-7711**

To reach a Loss Mitigation Representative who is authorized to negotiate a loan modification, please contact:

Nationstar Mortgage LLC d/b/a Mr. Cooper
**Contact:**         Loss Mitigation Team
**Department:**   Loss Mitigation Department
**Phone:**           888-480-2432
**Toll Free:**       888-480-2432

You may wish to consult a credit-counseling agency to assist you. The following are two local counseling agencies approved by the Department of Housing and Urban Development (HUD): Nevada Legal Services, Inc., 877-693-2163, http://www.nlslaw.net; and Southern Nevada Regional Housing Authority, 702-922-6900, http://www.snvrha.org. HUD can provide you with the names and addresses of additional local counseling agencies if you call HUD's toll-free telephone number: 800-569-4287. Additional information may also be found on HUD's website: http://portal.hud.gov/portal/page/portal/HUD/localoffices.

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

TS No.: NV-20-889014-AB
Notice of Default

Dated: 10/21/2021

Quality Loan Service Corporation, as Trustee

By: Adriana Banuelos, Assistant Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: **California**)
County of: **San Diego**)

On **OCT 2 1 2021** before me, **Katherine A. Davis** a notary public, personally appeared Adriana Banuelos, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.      (Seal)

Signature
Katherine A. Davis

KATHERINE A. DAVIS
Notary Public - California
San Diego County
Commission # 2269219
My Comm. Expires Dec 29, 2022

Borrower(s):        DAVID ANDERSON   JANET ANDERSON

Property Address:   1738 ASHBURN DRIVE   NORTH LAS VEGAS NV 89032

Trustee Sale Number:

## NEVADA DECLARATION OF COMPLIANCE
### NRS 107.400 – NRS 107.560

The undersigned, as authorized agent or employee of the mortgage servicer named below, declares:

That this Declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower(s)' loan status and loan information.

1. [   ] The mortgage servicer has contacted the borrower(s) to assess the borrower(s)' financial situation, provide the toll free number to enable the borrower(s) to find a housing counselor certified by HUD, and explore options for the borrower(s) to avoid foreclosure as required by N.R.S. 107.510(2). Initial contact was made on _____, 20___; *or*

2. [   ] The mortgage servicer has tried with due diligence to contact the borrower(s) as required by N.R.S. 107.510(5), but has not made contact despite such due diligence. The due diligence efforts were satisfied on _____, 20___; *or*

3. The requirements of N.R.S. 107.510 do not apply, because:

    a. [   ] The mortgage servicer is exempt pursuant to N.R.S. 107.460 by virtue of being a financial institution as defined in NRS 660.045 that has foreclosed on 100 or fewer owner-occupied real properties (as defined in NRS 107.086) in Nevada in its last annual reporting period.

    b. [X] The individual(s) do not meet the definition of a "borrower" as set forth in N.R.S. 107.410.

    c. [X] The loan underlying the security interest that is the subject of this foreclosure is not a "residential mortgage loan" (as defined in N.R.S. 107.450) which is primarily for personal, family or household use and which is secured by a mortgage or deed of trust on owner-occupied housing (as defined in NRS 107.086).

    d. [   ] The mortgage servicer is a signatory to a consent judgment filed in the United States District Court for the District of Columbia, case number 1:12-cv-00361 RMC, as set forth in N.R.S. 107.560(5), and is in compliance with the relevant terms of the Settlement Term Sheet of that consent judgment with respect to the borrower(s) while the consent judgment is in effect.

Page 1

In light of the foregoing, the mortgage servicer authorizes the trustee to submit the attached Notice of Default to be recorded, and to exercise the power of sale, as all pre-foreclosures notices required by NRS 107.080(2)(c)(3) and N.R.S. 107.500 were timely sent per statute and (if applicable and the mortgage servicer is not otherwise exempt from said requirements) the mortgage servicer has complied with the requirements set forth in N.R.S. 107.520 and N.R.S. 107.530 regarding the acceptance and processing of foreclosure prevention alternative applications.

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Dated:
7/21/2021

*Andre Dickson* 7/21/2021
Signature of Agent or Employee

Andre Dickson - Document Execution Associate
Printed Name of Agent or Employee

Page 2

# AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE

<u>Borrower(s) Identified in Deed of Trust:</u>
JANET ANDERSON, DAVID ANDERSON

<u>Property Address:</u>
1738 ASHBURN DRIVE
NORTH LAS VEGAS, NV 89032-3121

<u>Trustee Address:</u>
Quality Loan Service Corp.
2763 Camino Del Rio South
San Diego, CA 92108

<u>Deed of Trust Document Instrument No.:</u>
Instrument No. 20040803-0004093

STATE OF  Texas               )
                              ) ss:
COUNTY OF Denton              )

The affiant, Dexter Honeycutt, a(n) Doc Ex Associate, of **Nationstar Mortgage LLC, d/b/a Mr. Cooper** ("**Mr. Cooper**") being first duly sworn upon oath and under penalty of perjury, based on personal knowledge following a review of (1) business records kept in the regular course of business (2) information contained in the records of the county recorder, and (3) the title guaranty or title insurance issued by a title insurer or title agent authorized to do business in Nevada, as required by Section 107.0805 of the Nevada Revised Statutes, attests that:

1. I am an authorized representative of the beneficiary, trustee, or servicer of the deed of trust described in the notice of default and election to sell.

2. I have personal knowledge of the facts in this affidavit based upon a review of **Mr. Cooper's** business records, and the information in this affidavit is taken from **Mr. Cooper's** business records. I have personal knowledge of **Mr. Cooper** procedures for creating the records maintained by **Mr. Cooper** in connection with the loan. They are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) made and kept in the usual and ordinary course of **Mr. Cooper's** regularly conducted business activities; and (c) created by **Mr. Cooper** as regular practice.

3. The full name and business address of the current trustee or the current trustee's representative or assignee is:

| Full Name | Street, City, State, Zip |
| --- | --- |
| Quality Loan Service Corp. | 2763 Camino Del Rio South San Diego, CA 92108 |

4. The full name and business address of the current holder of the note secured by the Deed of Trust is:

| Full Name | Street, City, State, Zip |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A Mr. Cooper | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019 |

5. The full name and business address of the current beneficiary of record of the Deed of Trust is:

| Full Name | Street, City, State, Zip |
|---|---|
| NATIONSTAR MORTGAGE LLC D/B/A Mr. Cooper | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019 |

6. The full name and business address of the current servicer of the obligation or debt secured by the Deed of Trust is:

| Full Name | Street, City, State, Zip |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019 |

7. The full name of every prior assignee under each recorded assignment of the deed of trust, is:

//

//

//

| Recorded Date | Recording Number | Name of Assignor | Name of Assignee |
|---|---|---|---|
| 8/24/2009 | 200908240001330 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC, ITS SUCCESSORS AND ASSIGNS | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP |
| *8/31/2011 | 201108310001327 | Mortgage Electronic Registration Systems, Inc. | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP |
| 4/28/2014 | 20140428-0000889 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP | NATIONSTAR MORTGAGE LLC D/B/A Mr. Cooper |

*Duplicate/Wild Assignment

     8.    The beneficiary, successor in interest of the beneficiary, or trustee of the deed of trust (a) has actual or constructive possession of the note secured by the deed of trust; or (b) is entitled to enforce the obligation or debt secured by the deed of trust.

     9.    The beneficiary or its successor-in-interest or the servicer of the obligation or debt secured by the deed of trust has instructed the trustee to exercise the power of sale with respect to the property.

     10.    The beneficiary, its successor-in-interest, the trustee, the servicer of the obligation or debt secured by the deed of trust, or an attorney representing any of those persons, has sent to the obligor or borrower of the obligation or debt secured by the deed of trust a written statement containing the following information:

    a.  The amount in default;
    b.  The amount of payment required to make good the deficiency in performance or payment, avoid the exercise of the power of sale and

APN: 139-09-215-021    -3-    File No.: NV-20-889014-AB

reinstate the terms and conditions of the underlying obligation or debt existing before the deficiency in performance or payment, as of the date of the statement;

c. A good faith estimate of all fees imposed in connection with the exercise of power of sale;
d. The principal amount of the obligation or debt secured by the deed of trust;
e. The amount of accrued interest and late charges;
f. Contact information for obtaining the most current amounts due and the local or toll-free telephone number described in subparagraph (11) below.

11. The borrower or obligor may utilize the following toll-free or local telephone number to obtain the most current amounts due and receive a recitation of the information contained in this Affidavit: (888) 480-2432.

The following is the true and correct signature of the affiant:

Printed Name: __Dexter Honeycutt__
Title: __Doc Ex Associate__
Date __10-12-2021__

STATE OF: __Texas__ )
COUNTY OF: __Denton__ )

Sworn to and subscribed before me on the __12th__ day of __October__, 20__21__ by __Dexter Honeycutt__.

(NOTARY SEAL)         Signature of Notary Public

SHERRY SUMERAUER
Notary Public, State of Texas
Comm. Expires 08-26-2022
Notary ID 11687954