UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br>    Plaintiff(s),<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>    Defendant(s). | Case No. 2:22-cv-00373-APG-NJK<br><br>**FURTHER ORDER TO SHOW CAUSE** |

On November 7, 2022, the Court ordered attorneys Brody R. Wright and Aaron D. Lancaster to show cause in writing why they should not be sanctioned. Docket No. 20. The deadline to file that written response was November 21, 2022. *See id.* at 1. Attorney Wright and Attorney Lancaster violated that order by not responding to it. Accordingly, in addition to the sanctions already identified in the prior order to show cause, attorneys Brody R. Wright and Aaron D. Lancaster are hereby further **ORDERED** to show cause in writing, by December 7, 2022, why they should not be sanctioned in additional fines of $1,000 and $5,000, respectively, for violating the prior order to show cause. *See* Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: November 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge