KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00373-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and Natonstar Mortgage, LLC d/b/a Mr. Cooper, by and through its counsel, Troutman Pepper Hamilton Sanders

…

…

…

…

…

- 1 -

1  LLP, hereby stipulate and agree that any and all claims by and between the parties are hereby
2  dismissed, with prejudice, with each side to bear its own fees and costs.

| DATED this 15th day of June, 2023. | DATED this 14th day of June, 2023. |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **HANKS LAW GROUP** |
| */s/ Brody R. Wight*<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 (NV Office)<br>600 Peachtree Street, NE #3000<br>Atlanta, GA  30308 (Corporate Office)<br>*Attorneys for Nationstar Mortgage LLC, dba Mr. Cooper* | */s/ Chantel M. Schimming*<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 20, 2023

- 2 -